

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

After Timothy Edward Knoeppel filed a motion to proceed in forma pauperis, an affidavit of indigence, and a motion for preparation of the record in this court, we ordered the clerk of this court to send copies of those pleadings to the trial court clerk, the court reporter, and all parties. We further ordered that any contest to the affidavit of indigence must be filed in this court by May 22, 2014.

No contest has been filed. Accordingly, the allegations in Knoeppel's affidavit are deemed true and he will be allowed to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

We **order** the Bexar County District Clerk, Donna Kay McKinney, to file the clerk's record in this appeal by **June 11, 2014**. Because the underlying cause was disposed of by summary judgment, there does not appear to be a reporter's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court